PD-0598-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/18/2015 1:41:23 PM
Accepted 5/19/2015 4:07:19 PM
ABEL ACOSTA
CLERK

No.

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RONALD BLAKE FEARS
PETITIONER

VS.

THE STATE OF TEXAS
RESPONDENT

Appealed From the 13th Court of Appeals
No. 13-13-00111-CR

Original Conviction in the
District Court of Cameron County Texas
138th Judicial District Court
Cause No. 2012-DCR-986-B

**APPELLANT'S REQUEST FOR AN EXTENTION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

DOUGLAS H. PETTIT
680 East St. Charles
Suite 600
Brownsville, Texas 78520
Telephone  956 243 6455
Email: Dpettitlaw@hotmail.com
State Bar Number 15861300
ATTORNEY FOR PETITIONER

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes the Petitioner, in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Petitioner for Discretionary Review, pursuant to the Texas Rules of Appellate Procedure, 68.2(c) and Texas Rules of Appellate Procedure 10.5(b) and for good cause shows the following:

I.

This case is on appeal from 138$^h$ District Court, Cameron County, Texas.

The case below was styled the **State of Texas  vs. Ronald Blake Fears** , and numbered 2013-DCR-1953. Appellant, **RONALD BLAKE FEARS** was charged by indictment with six counts of sexual assault. (C.R. Vol 1 p. 15) Count one alleged the offenses of continuous sexual assault  during a period  beginning on or about May 1, 2010, and continuing until presentment of the indictment,  that was 30 or more days in duration,  committed against a child younger than 14 years of age, and said acts of sexual abuse were:  by touching the genitals of C.T. ; or by causing C.T. to touch the genitals of the Defendant; or cause the penetration of the mouth of C.T. by the Defendant's sexual organ; or cause the sexual organ of C.T. to contact the mouth of the Defendant.  **TEX. P. CODE 21.02**. (C.R. Vol 1 p. 15)

Count two alleged penetration of the female sexual organ of C.T. a child younger than 14 years of age by the Defendant's finger **TEX. P. CODE 22.021**

(C.R. Vol 1 p. 15) Count three alleged the Defendant's sexual organ contacted the sexual organ of C.T., a child under the age of 17 **TEX P. CODE 22.021**. Count four alleged the Defendant on May 1, 2010 engaged in sexual contact by touching the breast of C.T. a child under the age of 17 **TEX. P. CODE 22.11(a)(1)**. Count five stated that on September 28, 2010 the Defendant engaged in sexual contact by touching the breast of C.T. a child under the age of 17 **TEX P. CODE 22.11(a)(1).** Count six alleged that on September 28, 2011 the defendant engaged in sexual contact with C.T. a child younger than 17 years of age by causing C.T. to touch the genitals of the Defendant **TEX P. CODE 22.11(a)(1).**(C.R. Vol 1 p. 15)

## II.

The Appellant entered a plea of not guilty (R.R. Vol 3 p. 14) and after hearing the evidence from both the State and the defense, a jury found Appellant guilty of the offense of count one, three, four, five and six.(C.R. Vol 1p.338) Count number two was dismissed by the State. (R.R.Vol 6 p.49) Appellant opted to be sentence by the Court and after a hearing was held the Appellant was sentenced to fifty (50) years in the Texas Department of Correction for counts one and twenty (20) years in the Texas Department of Corrections for Counts three, four, five and six. (R.R. Vol. 8 p. 49,50)

## III.

Petitioner's case was heard by the 13th Court of Appeals and after hearing

Oral Arguments from both sides on November 17, 2014 issued an Opinion on April 23, 2015. This opinion affirmed the trial court. Petitioner believes that the opinion was wrongfully decided and left open issues that are important for the Texas Court of Criminal Appeals to decide.

IV.

Petition is due on or before May 23, 2015. This motion is timely filed. Counsel is court appointed and has not had an opportunity to prepare his petition. Petitioner requests an extension of time of 30 days from May 23, 2015 and would show the court the following:

V.

Appellant relies on the following facts as good cause for the requested extension. Appellant's attorney has recently been preparing for trial in the State of Texas vs. Lucio Narvarro, 197th District Court. This is a murder case that involves complicated issues and is set for pretrial motion including motions to suppress statements, cell phone records, and cell phones prior to the trial. Now set for June 8, 2015.

Counsel has just finished a brief on Victor Hernandez vs. The State of Texas in the 13th Court of Appeals filed May 15, 2015 (aggravated assault family violence deadly weapon).

Counsel is preparing a Motion for Rehearing in Abraham Parra vs. State of

Texas 13th Court of Appeals 13-13-00490 due May 25,2013. (non death capital murder) An extension of time is necessary so that counsel can adequately brief the issues presented.

VI.

This motion is timely filed. Appellant asks this Honorable Court to grant him the opportunity to adequately represent the Appellant and file a Petitioner for Discretionary Review in his behalf. Counsel believes that there are substantial issues of fact and law that need to be decided by the Texas Court of Criminal Appeals.

**WHEREFORE, PREMISES CONSIDERED**, appellant prays that this Court grant this Motion to Extend Time to File Petition for Discretionary Review and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

 /s/ Douglas Pettit

Douglas H. Pettit
Attorney at Law
680 E. St. Charles Ave.
Suite 680
Brownsville, Texas 78520
Telephone (956) 243 6455
Fax (956) 542-4016
SBN 158613200
ATTORNEY FOR THE APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the Cameron County District Attorney's office by hand delivery on this the 18th day of May  2015

I hereby certify that a true and correct copy of the foregoing Motion was served upon the Texas State Prosecuting Attorney's  office by mailing the document to P.O. Box 46 Austin, Texas 78711-3046 on this the 18th day of May 2015

\_\_\_/S/Douglas Pettit
Douglas H. Pettit

No. 

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RONALD BLAKE FEARS
PETITIONER
VS.
THE STATE OF TEXAS
RESPONDENT

Appealed From the 13th Court of Appeals
NO:13-13-00111-CR

**ORDER**


BE IT REMEMBERED, that on this _____ day of _____ 2015, came to be heard the foregoing Appellant's Motion for Extension of Time to File Brief. Appellant's motion is hereby GRANTED and brief is ordered filed on or before _____ 2015.

IT IS SO ORDERED.


_____
JUDGE PRESIDING